DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

8 DECEMBER 2016

| 002P13-2 | State v. Jason C. Johnson | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Swain County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as moot |
| | | | **Ervin, J., recused** |
| 015P15-2 | State v. Jaired Antonio Jones | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-995) | Denied |
| 018A14-2 | State v. Paris Jujuan Todd | 1. State's Motion for Temporary Stay (COA15-670) | 1. Allowed **09/02/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's Notice of Appeal Based Upon a Dissent | 3. — |
| | | 4. Def's Motion to Dismiss Appeal | 4. — |
| | | 5. Court's Order | 5. Special Order *ex mero motu* |
| 019P15-2 | State v. Henry Ford Adkins | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP16-720) | Dismissed |
| 046P16-2 | In the Matter of Todd W. Short | Petitioner's *Pro Se* Motion for Extension of Time to File Petition for *Writ of Certiorari* to the Supreme Court of North Carolina | Dismissed as moot **10/21/2016** |
| 052P16 | David Easter-Rozzelle, Employee v. City of Charlotte, Employer, Self-Insured | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA15-594) | 1. Dismissed |
| | | 2. Plt's Motion for Leave to File PDR Out of Time | 2. Denied |
| | | 3. Plt's Petition in the Alternative for *Writ of Certiorari* to Review Decision of COA | 3. Allowed |
| 057P16 | Sound Rivers and North Carolina Coastal Federation v. N.C. Department of Environmental and Natural Resources, Division of Water Resources, Martin Marietta Materials, Inc., Intervenor | 1. Intervenor's Petition for *Writ of Certiorari* to Review Order of COA (COAP15-925) | 1. Special Order |
| | | 2. Intervenor's Petition for *Writ of Certiorari* to Review Order of Superior Court, Beaufort County | 2. Special Order |